IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARCO ANTONIO SAGNAY QUISHPE,

Petitioner,

v.

PAMELA BONDI, et al.

Respondents.

Case No.: 26-cv-00663-SRB-DLM

## ORDER

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Marco Antonio Sagnay Quishpe by no later than January 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a Reply to Respondents' answer, he must do so by no later than January 30, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

2

4. Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

**IT IS SO ORDERED.**

                                                                                       */s/ Stephen R. Bough*
                                                                                       STEPHEN R. BOUGH
                                                                                       UNITED STATES DISTRICT JUDGE

Dated: <u>January 26, 2026</u>